**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1612

BENJAMIN A. JOHNSON,

Plaintiff - Appellant,

versus

PEP BOYS - MANNY, MOE & JACK; UNUM LIFE
INSURANCE COMPANY OF AMERICA; US GOVERNMENT,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Henry Coke Morgan, Jr., Senior
District Judge. (CA-04-632-2)

Submitted: January 26, 2006          Decided: January 30, 2006

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Benjamin A. Johnson, Appellant Pro Se. Daryl Eugene Webb, Jr.,
Andrew Philip Sherrod, TROUTMAN & SANDERS, LLP, Richmond, Virginia;
Edwin Ford Stephens, CHRISTIAN & BARTON, LLP, Richmond, Virginia;
Kent Pendleton Porter, Assistant United States Attorney, Norfolk,
Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Benjamin A. Johnson appeals the district court's order granting the Defendants' motions to dismiss Johnson's civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Johnson v. Pep Boys, No. CA-04-632-2 (E.D. Va. Jun. 14, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED